IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TYLER EVANS**,

**Plaintiff,**

**v.**

**HUNTING SOLUTIONS, INC.,**

**Defendant.**                               **No. 10-0252-DRH**

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On February 24, 2011, Defendant filed a motion to dismiss and/or change of venue (Doc. 20). However, the record reflects that Defendant has not filed the required **FEDERAL RULE OF CIVIL PROCEDURE 7.1** disclosure statement. Thus, Court **ORDERS** Defendant to file its disclosure statement on or before March 14, 2011.

**IT IS SO ORDERED.**

Signed this 28th day of February, 2011.

David R. Herndon
2011.02.28 11:17:11
-06'00'

**Chief Judge**
**United States District Court**